United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Yiliam Rodriguez Cabrera, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-20961-Civ-Scola |
| | ) | |
| Stellar Recovery, Inc., Defendant | ) | |

## Order Of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, ECF No. 6). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on May 29, 2015.

_____
Robert N. Scola, Jr.
United States District Judge